**STATE of Missouri, Plaintiff/Respondent,**

v.

**Anthony YOUNG, Defendant/Appellant.**

**No. 63713.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 31, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and REINHARD and CARL R. GAERTNER, JJ.

PER CURIAM.

Defendant was charged and convicted of second degree robbery. The trial court sentenced him as a prior and persistent offender to fifteen years.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).